IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA TYLER, | No. 2:24-CV-1374-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| TAILORED SHARED SERVICES, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On referral from the assigned District Judge, the matter is set for an initial status/scheduling conference before the undersigned on August 7, 2024, at 10:00 a.m., via Zoom. On or before July 31, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: June 17, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1