IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA TYLER, | No. 2:24-CV-1374-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| TAILORED SHARED SERVICES, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon referral by the District Judge, the parties appeared before the undersigned on August 7, 2024, at 10:00 a.m., for an initial scheduling conference. After discussions with the parties, it was agreed that scheduling of this matter would be postponed until, if necessary, after the Court rules on an anticipated motion to compel arbitration. The Court set a deadline of August 26, 2024, to file such a motion. A review of the docket reflects that Defendant's motion to compel arbitration was timely filed on August 12, 2024, and has been set for hearing before the District Judge on October 4, 2024, at 10:00 a.m. See ECF No. 12.

/ / /

/ / /

/ / /

/ / /

If the motion to compel arbitration is denied, the parties shall file an amended joint scheduling conference statement within 30 days of the District Judge's order. The Court will then set a further scheduling conference.

IT IS SO ORDERED.

Dated:  August 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE