Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Danielle A. Fuschetti (SBN 294064)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
dfuschetti@schneiderwallace.com

*Attorneys for Plaintiff and the putative Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA TYLER, on behalf of herself and the putative Class Members,<br><br>  Plaintiff,<br><br>  vs.<br><br>TAILORED SHARED SERVICES, LLC<br><br>  Defendant, | Case No. 2:24-cv-01374-KJM-DMC<br><br>Hon. Kimberly J. Mueller<br>Crtrm. 3<br><br>**STIPULATION AND ORDER TO ALLOW LATE-FILED OPPOSITION TO MOTION TO COMPEL ARBITRATION (DKT. 14)**<br><br>Complaint Filed:   May 13, 2024 |

# STIPULATION

WHEREAS, Defendant filed its Motion to Compel Arbitration on August 12, 2024;

WHEREAS, as a result of a scheduling error, Plaintiff's counsel scheduled the deadline for the filing of Plaintiff's Opposition brief 14 days from August 13, 2024, on August 27, 2024, instead of 14 days from August 12, 2024;

WHEREAS, on August 27, 2024, Plaintiff filed her Opposition (Dkt. 14);

WHEREAS, this scheduling error subsequently came to Plaintiff's attention through Defendant's Reply;

THEREFORE, Plaintiff and Defendant stipulate and respectfully request the Court enter an order allowing Plaintiff's late-filed Opposition, pursuant to Federal Rule of Civil Procedure 6.

**IT IS SO STIPULATED**.

Dated: October 8, 2024        **SCHNEIDER WALLACE**
                              **COTTRELL KONECKY LLP**

                               /s/ Danielle A. Fuschetti
                              Carolyn H. Cottrell
                              Ori Edelstein
                              Danielle A. Fuschetti

                              *Attorneys for Plaintiff and the putative Class*

Dated: October 8, 2024        **VORYS, SATER, SEYMOUR**
                              **AND PEASE LLP**

                               /s/ Cory D. Catignani
                              Cory D. Catignani
                              *Attorneys for Defendant*
                              TAILORED SHARED SERVICES, LLC

**IT IS SO ORDERED**.

Dated: October 8, 2024

_____
UNITED STATES DISTRICT JUDGE