## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CALIFORNIA, EASTERN DISTRICT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-01374-KJM-DMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 5/13/24

Date of judgment or order you are appealing: 11/26/24

Docket entry number of judgment or order you are appealing: 26

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Tailored Shared Services, LLC

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  s/Dylan B. Carp     **Date**  Dec 18, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**     Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Tailored Shared Services, LLC

Name(s) of counsel (if any):

Dylan B. Carp and Benjamin J. Schnayerson
JACKSON LEWIS P.C.

Address: 50 California Street, 9th Floor, San Francisco, California 94111-4615

Telephone number(s): (415) 394-9400

Email(s): dylan.carp@jacksonlewis.com; ben.schnayerson@jacksonlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Lynda Tyler

Name(s) of counsel (if any):

Carolyn H. Cottrell, Ori Edelstein and Danielle A. Fuschetti
SCHEIDER WALLACE COTTRELL KONECKY LLP

Address: 2000 Powell Street, Suite 1400, Emeryville, California 94608-1863

Telephone number(s): (415) 421-7100

Email(s): ccottrell@schneiderwallace.com; oedelstein@schneiderwallace.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Tailored Shared Services, LLC

Name(s) of counsel (if any):

Mia Farber
JACKSON LEWIS P.C.

Address: 725 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5408

Telephone number(s): (213) 689-0404

Email(s): mia.farber@jacksonlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellants**

Name(s) of party/parties:

Tailored Shared Services, LLC

Name(s) of counsel (if any):

Cory D. Catignani
VORYS SATER SEYMOUR AND PEASE LLP

Address: 4675 MacArthur Court, Suite 700, Newport Beach, CA 92660-1842

Telephone number(s): (949) 526-7904

Email(s): cdcatignani@vorys.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                          New 12/01/2018