UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Tyler, | No. 2:24-cv-01374-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Tailored Shared Services, LLC, | |
| Defendant. | |

In light of the Ninth Circuit's Memorandum Disposition and Mandate (ECF Nos. 37, 39), the motion to compel arbitration (ECF No. 12) is **granted** and this action is **stayed** pending the completion of arbitration. The parties are instructed to file a joint status report on the status of the arbitration within 90 days and each 90 days thereafter.

IT IS SO ORDERED.

DATED: December 5, 2025.

UNITED STATES DISTRICT JUDGE

1